

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Estate of Michael Allen
Hallmark, deceased,

No. 11-18-00187-CV

* From the County Court at Law
of Erath County,
Trial Court No. P09446.

* August 31, 2020

* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and the cause is remanded to the trial court for further proceedings.   The costs incurred by reason of this appeal are taxed against Katherine Hallmark and Rachael Holloway, individually and as independent executrix of the Estate of Michael Allen Hallmark, deceased.